UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

vs. Case No.: 8:20-mj-1209-TGW

**BENJAMIN TUCKER PATZ,**

Defendant.
_____/

## WAIVER OF RIGHT TO SPEEDY INDICTMENT

I, **BENJAMIN TUCKER PATZ**, having been fully advised by my counsel of my right to a speedy Indictment pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.*, and the United States Constitution, hereby agree to waive my right to be indicted up to and including June 3, 2020.

EXECUTED this 10th day of March, 2020, in Napa, California and Tampa, Florida.

_____  _____
**BENJAMIN TUCKER PATZ**          DAVID T. WEISBROD, ESQ.
Defendant                          Counsel