UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

vs.                                                                                     Case No.:   8:20-mj-1209-TGW

**BENJAMIN TUCKER PATZ,**

      Defendant.
_____/

**UNOPPOSED MOTION TO EXPAND TRAVEL**

      COMES NOW, Defendant, **BENJAMIN TUCKER PATZ**, by and through his undersigned counsel, and respectfully submits the above-styled motion, and would show:

      1.   Upon the Defendant's initial appearance before this Court on March 5, 2020, an Order of Release was entered (Doc. #6) allowing the Defendant to reside in the Northern District of California and to travel to the Middle District of Florida or Southern District of New York.   Any other travel would require the written permission of this Court.

      2.   The Court further ordered that the Defendant was to seek or maintain full time legitimate employment.   At the time of the hearing, the Defendant, through counsel, indicated that the Defendant would have employment with the Defendant's uncle, Gary Patz.   Gary Patz owns Patz Materials and Technologies, located at 4968 Industrial Way, Benicia, California  94510. The Defendant is ready to begin employment at Patz Materials, however, it has been discovered that Patz Materials is located over the county line in Solano County, California which is not located in the Northern District of California, but rather the Eastern District of California.

      3.   Undersigned counsel has explained the foregoing to Assistant United States Attorney Patrick Scruggs who has no objection to the granting of this motion.

4. The Defendant is requesting a modification of the travel restrictions in his pretrial release order to allow him to travel to the Eastern District of California for work purposes only. Once a Pretrial Services Officer is appointed to the Defendant, he will report to the officer the days and times of his work schedule.

WHEREFORE, Defendant, **BENJAMIN TUCKER PATZ**, respectfully prays this Honorable Court grant the above-styled motion and modify his Order of Release as requested.

/s/ David T. Weisbrod
DAVID T. WEISBROD, ESQ.
412 East Madison Street, Suite 1111
Tampa, Florida 33602
(813) 223-2792 / (813) 223-3124 (fax)
Attorney for Defendant
Florida Bar No. 312487
Email: dweislaw@yahoo.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: PATRICK SCRUGGS, AUSA, United States Attorney's Office, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602, this 17th day of March, 2020.

/s/ David T. Weisbrod
DAVID T. WEISBROD, ESQ.